**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BURIL HARVEY
ADC #102041                                                                           PLAINTIFF

V.                                              NO: 5:05CV00097 HDY

DAVID WHITE, *et. al.*                                                         DEFENDANTS

<u>**ORDER**</u>

On June 23, 2005, service was ordered on Defendants Eric L. Watson and R.D. Bailey, among others.  On July 14, 2005, summons was returned unexecuted as to Defendant Watson (docket entry #40).  A letter from the Arkansas Board of Corrections Compliance Division indicated that the Arkansas Department of Correction had no current or previous employee by the name of Eric L. Watson.  Accordingly, no later than 30 days after the entry of this Order, Plaintiff is directed to supply to the Court the correct name of the individual he has identified as Eric L. Watson, and the location at which he may be served.  Failure to do so will result in the dismissal of Plaintiff's claims against Defendant Watson.  It appears that service was not attempted on Defendant Bailey.  Therefore, service will again be ordered.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff provide the Court with the correct name of the individual he has identified as Eric L. Watson, and the location at which he may be served, no later than 30 days after the entry of this Order.

2.      Service is appropriate on Defendant Bailey.  The Clerk of the Court shall prepare summons for Defendant Bailey, and the United States Marshal is directed to serve a copy of the

1

Complaint (docket entry #2), five Amended Complaints (docket entries #10, #19, #21, #24, #27), two Addendums to his Complaint (docket entries #25, #26), this Order, and summons on Defendant Bailey without prepayment of fees and costs or security therefor.

DATED this __18__ day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2